UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JADE DEAN FRENCH,

          Plaintiff,

   v.

CHASE REYNOLDS, et al.,

          Defendants.

Case No. 26-cv-01637-RFL (PR)

**ORDER OF DISMISSAL**

Dkt. No. 17

Pursuant to the parties' stipulation to voluntary dismissal without prejudice, this action is DISMISSED WITHOUT PREJUDICE.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).  (Dkt. No. 17 at 4.) As stated in the stipulation, each party shall bear its own litigation costs and attorney's fees.  (*Id.*)

The Clerk shall terminate Dkt. No. 17, enter judgment, and close the file.

**IT IS SO ORDERED.**

**Dated:**  July 2, 2026

                         RITA F. LIN
               United States District Judge