UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JADE DEAN FRENCH,

          Plaintiff,

    v.

CHASE REYNOLDS, et al.,

          Defendants.

Case No. 26-cv-01637-RFL (PR)

**JUDGMENT**

    The parties' having stipulated to voluntary dismissal of this action without prejudice, judgment is entered accordingly.

    **IT IS SO ORDERED.**

**Dated:**  July 2, 2026

                          RITA F. LIN
                   United States District Judge